IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01573-CMA-KMT

RILEY GALLU,

    Plaintiff,

v.

DELTA OUTSOURCES GROUP, INC., a Missouri corporation,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Defendant, by and through its counsel of record, and for its Notice of Settlement state as follows:

1.    The Plaintiff and Defendant have reached a settlement.

2.    The Parties will be filing a Stipulation for Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by August 8, 2011.

3.    The parties are to appear before the Court on September 15, 2011, at 9:30 a.m. for a Scheduling Conference and Planning Meeting pursuant to the Court's orders. The parties respectfully request that the Scheduling Conference and Planning Meeting set for September 15, 2011 be vacated.

Respectfully submitted this 8th day of July, 2011.

s/ Timothy M. Murphy
Timothy M. Murphy
HALL & EVANS, L.L.C.
1125 Seventeenth Street
Suite 600
Denver, Colorado
303-628-3311

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of July, 2011, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Troy D. Krenning, Esq.
Gookin, Krenning and Associates, LLC
501 N. Cleveland Avenue
Loveland, Colorado  80537
Attorneys for the Plaintiff

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

NONE.

s/ Heidi M. Carmack